1 **LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
2 **MATTHEW WHITTAKER, ESQ.**
Nevada Bar No. 13281
3 **MORAN BRANDON BENDAVID MORAN**
4 630 S. Fourth Street
Las Vegas, Nevada 89101
5 (702) 384-8424
(702) 384-6568 - *facsimile*
6 l.brandon@moranlawfirm.com
7 Attorneys for Defendant,
ALBERTSONS, LLC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ARANGIO HARPER,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERTSONS, LLC; NEW ALBERTSON'S INC.; DOE MAINTENANCE EMPLOYEE; DOE EMPLOYEE; DOE JANITORIAL EMPLOYEE; DOE OWNER, I-V; ROE OWNERS, I-V; ROE EMPLOYER; DOES, I-V; and ROE COMPANIES, I-V,<br><br>    Defendants. | CASE NO.: 2:16-cv-02849-APG-NJK |

### STIPULATION AND ORDER TO AMEND CAPTION

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the Plaintiff will amend the caption naming the Defendant as follows:  ALBERTSONS, LLC and removing the erroneously named Defendant, NEW ALBERTSON'S, INC. as this party was previously dismissed via Stipulation in District Court,



630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

Page 1 of 2

Clark County, Nevada under Case No. A-16-744197-C.  (*See* Notice of Entry of Order attached hereto as Exhibit "A" and proposed case caption attached as Exhibit "B").

Dated this 18th day of January, 2017.        Dated this 18th day of January, 2017.

    **MORRIS/ ANDERSON**                    **MORAN BRANDON BENDAVID MORAN**

/s/ Darren J. Lach, Esq.                         /s/ Lew Brandon, Jr., Esq.
**RYAN M. ANDERSON, JR., ESQ.**       **LEW BRANDON, JR., ESQ.**
Nevada Bar No. 11040                          Nevada Bar No. 5880
**DARREN J. LACH, ESQ.**                  **MATTHEW WHITTAKER, ESQ.**
Nevada Bar No. 9606                            Nevada Bar No. 13281
716 S. Jones Blvd.                                 630 S. Fourth Street
Las Vegas, Nevada 89107                     Las Vegas, Nevada 89101
702-333-1111                                         Attorneys for Defendant,
Facsimile – 702-507-0092                    ALBERTSONS, LLC
Ryan@MorrisAndersonLaw.com
Darren@MorrisAndersonLaw.com
Attorneys for Plaintiff,
ARANGIO HARPER

**ORDER**

**IT IS SO ORDERED** that the case caption be amended as attached.

Dated: January 18, 2017.

_____
UNITED STATES DISTRICT JUDGE

