LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
MATTHEW WHITTAKER, ESQ.
Nevada Bar No. 13281
**MORAN BRANDON BENDAVID MORAN**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
ALBERTSONS, LLC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ARANGIO HARPER, | |
| Plaintiff, | CASE NO.: 2:16-cv-02849-APG-NJK |
| vs. | |
| ALBERTSONS, LLC; DOE MAINTENANCE EMPLOYEE; DOE EMPLOYEE; DOE JANITORIAL EMPLOYEE; DOE OWNER, I-V; ROE OWNERS, I-V; ROE EMPLOYER; DOES, I-V; and ROE COMPANIES, I-V, | |
| Defendants. | |

## STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their

///

///

///

///

respective fees and costs incurred.

DATED this 15th day of August, 2017.

| MORRIS/ ANDERSON | MORAN BRANDON BENDAVID MORAN |
|---|---|
| /s/ Darren J. Lach, Esq. | /s/ Lew Brandon, Jr., Esq. |
| **RYAN M. ANDERSON, JR., ESQ.** | **LEW BRANDON, JR., ESQ.** |
| Nevada Bar No. 11040 | Nevada Bar No. 5880 |
| **DARREN J. LACH, ESQ.** | **MATTHEW WHITTAKER, ESQ.** |
| Nevada Bar No. 9606 | Nevada Bar No. 13281 |
| 716 S. Jones Blvd. | 630 S. Fourth Street |
| Las Vegas, Nevada 89107 | Las Vegas, Nevada 89101 |
| 702-333-1111 | Attorneys for Defendant, |
| Facsimile – 702-507-0092 | ALBERTSONS, LLC |
| Ryan@MorrisAndersonLaw.com | |
| Darren@MorrisAndersonLaw.com | |
| Attorneys for Plaintiff, | |
| ARANGIO HARPER | |

**IT IS ORDERED** that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

Dated: August 16, 2017.

_____
**UNITED STATES DISTRICT JUDGE**

*Respectfully Submitted:*
**MORAN BRANDON BENDAVID MORAN**

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**MATTHEW WHITTAKER, ESQ.**
Nevada Bar No. 13281
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
ALBERTSONS, LLC.


MORAN BRANDON
BENDAVID MORAN
ATTORNEYS AT LAW

630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE :(702) 384-8424
FAX: (702) 384-6568

Page 2 of 2